UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LESLIE BRACK | No. 10-26347-D-7 |
| | CHAPTER 7 |
| MICHAEL F. BURKART, chapter 7 trustee,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID BRACK,<br><br>        Defendant. | No. 16-cv-02367-TLN<br><br>**ORDER** |

      This action is before the Court for review of Bankruptcy Judge Bardwil's Findings and Recommendations. ("F&R," ECF No. 1.) Defendant David Brack ("Defendant") has not filed objections to the Bankruptcy Court's findings. The Court has considered the issues raised in Judge Bardwil's Findings and Recommendations and hereby adopts those findings in full. Therefore, the Court grants Plaintiff Michael Burkart's ("Plaintiff") motion for entry of default judgment and enters a judgment in favor of Plaintiff in the amount of $60,486.00.

///

///

1

Furthermore, the Court orders that the proceeds from the sale of the Spy Glass Property, in the amount of $40,489.59, are property of the Estate and available to pay all claims asserted against the debtor.

IT IS SO ORDERED.

Dated: December 5, 2016

Troy L. Nunley
United States District Judge